*Ralph G. Elliot,* in support of the petition.

*Brenden P. Leydon,* pro se, in opposition.

Decided July 13, 2000

BRENDEN P. LEYDON *v.* TOWN OF
GREENWICH ET AL.

The Supreme Court docket number is SC 16357.

*Mark R. Kravitz* and *Suzanne E. Wachsstock,* in support of the petition.

*Brenden P. Leydon,* pro se, in opposition.

Decided July 13, 2000

STATE OF CONNECTICUT *v.* GALEN J. CYR

*Robert A. Lacobelle,* in support of the petition.